## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                             )
CHARLES STARBUCK, Individually and On Behalf of  )
All Others Similarly Situated,               )
                                             )
              Plaintiff        )
                                             )
    vs.                                       )    Case No.  04-10362-DPW
                                             )
SONUS NETWORKS, INC., HASSAN AHMED, PH.D.    )
and STEPHEN NILL,                            )
                                             )
              Defendants.      )
_____)

### NOTICE OF APPEARANCE

Please enter the appearance of Gregory F. Noonan, Joel B. Kemp, and Daniel Gold, Hale and Dorr LLP, on behalf of Defendant Sonus Networks, Inc.


        Respectfully Submitted,

        SONUS NETWORKS, INC.

        By its attorneys,


        /s/ Gregory F. Noonan_____
        Jeffrey B. Rudman (BBO #433380)
        James W. Prendergast (BBO #553073)
        Daniel W. Halston (BBO #548692)
        Gregory F. Noonan (BBO #651035)
        Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000


Dated: April 15, 2004

- 2 -

## CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Thomas G. Shapiro | Steven J. Toll |
| Theodore M. Hess-Mahan | Daniel S. Sommers |
| Shapiro Haber & Urmy LLP | Julie Goldsmith |
| 75 State Street | Cohen, Milstein, Hausfeld & Toll, PLLC |
| Boston, MA 02109 | 1100 New York Ave. N.W. |
| | West Tower, Suite 500 |
| | Washington, DC 20005 |

/s/ Gregory F. Noonan_____
Gregory F. Noonan

Dated:  April 15, 2004